IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE for FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11, | § § § § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 4:12cv736 Judge Clark/Judge Mazzant |
| MICHAEL THOMSON AND MONICA WISE, | § § § § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 5, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Temporary Restraining Order and Application for Temporary Injunction [Doc. 4] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants' Motion for Temporary Restraining Order and

1

Application for Temporary Injunction [Doc. 4] is **DENIED.**

So **ORDERED** and **SIGNED** on March __7__, 2013.

_____
Ron Clark
United States District Judge